IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.W., MOTHER OF C.W., A CHILD,

    Appellant,

  v.

Case No.  5D22-1818
LT Case No. 2017-DP-000160-A

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Citrus County,
Joel Fritton, Judge.

Amanda Peterson, of Law Offices of
Peterson, P.A., Mulberry, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.